U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

NOV 15 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RUFUS J. HENRY<br>LA. DOC #74334<br>VS. | CIVIL ACTION NO. 6:12-cv-2356<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN BURL CAIN | MAGISTRATE JUDGE PATRICK J. HANNA |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 15 day of November, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE